John J. Mohan, Margaret A. Hesse, Blackwell Sanders Peper Martin, St. Louis, for respondent.

Before GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

ORDER

PER CURIAM.

Appellant, Clessie Weinzettle, ("claimant"), appeals the judgment of the Labor and Industrial Relations Commission in favor of respondent, St. Anthony's Medical Center, ("employer") denying claimant any benefits based on the finding that the medical condition for which she sought compensation was not caused by her employment. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcripts, and find the denial of benefits is supported by substantial and competent evidence and is not against the weight of the evidence based on the record as a whole. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Paul K. Petraborg, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Claimant Thomas Daniels appeals from a Final Award of the Labor and Industrial Relations Commission denying his claim for workers' compensation. On appeal, he argues that the Commission erred when it found he sustained pre-existing permanent partial disability but failed to find it was a hindrance or obstacle to employment.

We have reviewed the briefs of the parties and the record on appeal and no error of law appears. No precedential or jurisprudential purpose would be served by an extended opinion reciting detailed facts or restating principles of law. We have, however, provided the parties with a memorandum for their exclusive use detailing the reasons for our decision. The Commission's Award is affirmed pursuant to Rule 84.16(b).

**Thomas K. DANIELS, Appellant,**

v.

**TREASURER OF THE STATE of Missouri, AS CUSTODIAN OF THE SECOND INJURY FUND, Respondent.**

No. ED 77029.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 30, 2000.

Robert A. Bedell, St. Louis, for appellant.

**Mattie MORRIS, Appellant,**

v.

**DIVISION OF DESIGN AND CONSTRUCTION, STATE of Missouri, et al., Respondent.**

No. ED 77063.

Missouri Court of Appeals,
Eastern District,
Division Three,

May 30, 2000.